Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bonni L. Smiley**
**fka Bonni L. Mackin, fka Bonni L. Timms**
   Debtor(s)

Bankruptcy Case No.: 16–24331–CMB
Issued Per June 8, 2017 Proceeding
Chapter: 13
Docket No.: 25 – 5, 19
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated November 18, 2016 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: First National Bank at Claim No. 2; City of Pittsburgh School District and Boro of Mt. Oliver at Claim No. 4; County of Allegheny at Claim No. 5; JPMorgan Chase Bank at Claim No. 7 .

☐ H.    Additional Terms:

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: June 14, 2017

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 16-24331-CMB
Bonni L. Smiley                                                 Chapter 13
           Debtor
                            CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                  Page 1 of 2          Date Rcvd: Jun 14, 2017
                               Form ID: 149                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2017.
db             +Bonni L. Smiley,    310 Onyx Street,    Pittsburgh, PA 15210-2328
cr             +Borough of Mt. Oliver and City of Pittsburgh,    Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219,
                 UNITED STATES 15219-6101
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
14325076      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998)
14381783       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14325077       +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
14362023       +Borough of Mt. Oliver and City of Pittsburgh SD,     Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14325078       +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14325080       +Citizen's Bank,    1 Citizen's Drive,    Riverside, RI 02915-3000
14362059       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14325082       +Damian Herrera,    245 Kirk Avenue,    Pittsburgh, PA 15227-2211
14371625        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14325084       +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
14325085       +JP Morgan Chase Bank,    8100 Nations Way,    Jacksonville, FL 32256-4405
14373886       +JPMorgan Chase Bank, National Association,     Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14325088       +Macy's,    PO Box 8218,    Mason, OH 45040-8218
14325089       +THD/CBNA,    PO Box 15298,    Wilmington, DE 19850-5298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14325074        E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2017 00:31:26     Amazon/Synchrony Bank,
                 PO Box 965015,   Orlando, FL 32896-0013
14325075       +E-mail/Text: bk@avant.com Jun 15 2017 00:39:52     Avant Inc.,    640 LaSalle Street,
                 Suite 535,   Chicago, IL 60654-3731
14325081       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jun 15 2017 00:39:47     Credit Management,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14327662        E-mail/Text: mrdiscen@discover.com Jun 15 2017 00:38:39     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14325083       +E-mail/Text: mrdiscen@discover.com Jun 15 2017 00:38:39     Discover Finanancial Services, LLC,
                 P.O. Box 15316,   Wilmington, DE 19850-5316
14385574       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 15 2017 00:40:09     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14379894        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 15 2017 00:39:40     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
14381784        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2017 00:31:29     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14382065        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2017 00:31:29
                 LVNV Funding, LLC its successors and assigns as,     assignee of LendingClub Corporation &,
                 LC Trust I,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14384842        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2017 00:31:43
                 LVNV Funding, LLC its successors and assigns as,     assignee of Banco Popular North America,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14325086       +E-mail/Text: bk@lendingclub.com Jun 15 2017 00:39:49     Lending Club,
                 71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
14381878        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2017 00:54:10
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                               TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
14325079*      +Chase Card,   P.O. Box 15298,    Wilmington, DE 19850-5298
14325087*      +Lending Club,    71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
                                                                                    TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Jun 14, 2017
                              Form ID: 149            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
          Christopher M. Frye    on behalf of Debtor Bonni L. Smiley chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver and City of Pittsburgh
           jhunt@grblaw.com,    cnoroski@grblaw.com
          Matthew John McClelland    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```