IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Bonni L. Smiley | ) | Case No. 16-24331 CMB |
| fka Bonni L. Mackin | ) | Chapter 13 |
| fka Bonni L.Timms, | ) | Document No. |
| Debtor(s) | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Bonni L. Smiley | ) | |
| fka Bonni L. Mackin | ) | |
| fka Bonni L.Timms, | ) | |
| Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

## **NOTICE OF CHANGE OF ADDRESS**

Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

310 Onyx Street
Pittsburgh, PA 15210

New Address:

200 White Hampton Lane
Apt # CG208
Pittsburgh, Pa 15236

                                                              Respectfully submitted,

<u>August 5, 2019</u>                    <u>/s/ Christopher M. Frye</u>  
DATE                               Christopher M. Frye, Esquire  
                                        Attorney for the Debtor(s)  
                                        STEIDL & STEINBERG  
                                        Suite 2830 – Gulf Tower  
                                        707 Grant Street  
                                        Pittsburgh, PA  15219  
                                        (412) 391-8000  
                                        chris.frye@steidl-steinberg.com  
                                        PA I.D. No. 208402