IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )<br>) |
| Bonni L. Smiley, | ) Case No. 16-24331CMB<br>) Chapter 13 |
| *Debtor(s)* | ) Document No.   30<br>) |
| | )<br>) |
| Bonni L. Smiley, | )<br>) |
| *Movant(s)* | )<br>) |
| Social Security No. XXX-XX-3873 | )<br>) |
| *vs.* | )<br>) |
| Level 3 Communications and<br>Ronda J. Winnecour, Trustee | )<br>) |
| *Respondent(s)* | ) |

### ORDER OF COURT

AND NOW, to wit, this ____3rd____ day of ____October____, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of Bonni L. Smiley be terminated immediately.

Employer:

**Level 3 Communications**
**Attn: Payroll Dept.**
**1025 El Dorado Blvd**
**Broomfield, CO 80021**

FILED
10/3/19 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*    dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                Case No. 16-24331-CMB
Bonni L. Smiley                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw             Page 1 of 1              Date Rcvd: Oct 03, 2019
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
db            +Bonni L. Smiley,    200 White Hampton Lane,    Apt # CG208,    Pittsburgh, PA 15236-1575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: BankruptcyLegal@level3.com Oct 04 2019 02:59:34     Level 3 Communications,
               atten: Payroll,    1025 El Dorado Blvd.,    Broomfield, CO 80021-8254
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Bonni L. Smiley chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver and City of Pittsburgh
               jhunt@grblaw.com,    cnoroski@grblaw.com
              Matthew John McClelland    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7