IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Bonni L. Smiley, | ) | Case No. 16-24331 CMB |
| | ) | Chapter 13 |
| *Debtor(s)* | ) | Document No. WO-1 |
| | ) | |
| | ) | |
| Bonni L. Smiley, | ) | re do. 31 |
| | ) | |
| *Movant(s)* | ) | |
| | ) | |
| Social Security No. XXX-XX-3873 | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Comcast Business and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondent(s)* | ) | |

## ORDER TO PAY TRUSTEE

The above-named debtor having filed a Chapter 13 petition

IT IS THEREFORE, ORDERED that until further order of this Court, the entity from whom the debtor receives income:

**Comcast Business**
**Attn: Payroll Dept.**
**1701 JFK Boulevard**
**Philadelphia, PA 19103**

deduct from said income the sum of **$425.08 from each bi-weekly paycheck** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor and to remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

Ronda J. Winnecour
Chapter 13 Trustee, W.D.PA
P. O. Box 84051

Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

DATED this ___3rd___ day of ___October___, 2019.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

*Carlota M. Böhm*     dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
10/3/19 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Bonni L. Smiley
    Debtor

Case No. 16-24331-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Oct 03, 2019
                          Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
db          +Bonni L. Smiley,    200 White Hampton Lane,    Apt # CG208,    Pittsburgh, PA 15236-1575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/Text: documentfiling@lciinc.com Oct 04 2019 02:58:52      Comcast Business,
                atten: payroll,    1701 JFK Blvd.,    Philadelphia, PA 19103-2838
                                                                                                                   TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                                  Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:
        Christopher M. Frye    on behalf of Debtor Bonni L. Smiley chris.frye@steidl-steinberg.com,
         julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver and City of Pittsburgh
         jhunt@grblaw.com,    cnoroski@grblaw.com
        Matthew John McClelland    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                           TOTAL: 7