**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/14/2019

IN RE:

BONNI L. SMILEY
200 WHITE HAMPTON LANE
APT. #CG208
PITTSBURGH,  PA  15236
XXX-XX-3873          Debtor(s)

Case No.16-24331 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/14/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **BERNSTEIN-BURKLEY PC (FORMERLY FOR PET** 2200 GULF TOWER 707 GRANT ST PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %:  0.00% Court Claim Number: CLAIM:  0.00 COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY ACCOUNT NO.: |
| **KML LAW GROUP PC*** 701 MARKET ST STE 5000 PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %:  0.00% Court Claim Number: CLAIM:  0.00 COMMENT:  JPMORGAN CHASE/PRAE | CRED DESC:  NOTICE ONLY ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF PA(*)** LOAN ADJUSTMENT DEPT* 4140 E STATE ST HERMITAGE, PA  16148 | Trustee Claim Number:3   INT %:  4.49% Court Claim Number:2 CLAIM:  5,494.15 COMMENT:  CL2GOV/CONF*5867/PL@K*PLntK*CL=$5,718.98* | CRED DESC:  VEHICLE ACCOUNT NO.:  6750 |
| **JPMORGAN CHASE BANK NA** 3415 VISION DR MAIL CODE OH4-7142 COLUMBUS, OH  43219 | Trustee Claim Number:4   INT %:  0.00% Court Claim Number:7 CLAIM:  0.00 COMMENT:  C7GOV*186/PL*202.31 X(60+2)=LMT*BGN 12/16 | CRED DESC:  MORTGAGE REGULAR PAYMEI ACCOUNT NO.:  3634 |
| **SYNCHRONY BANK++** C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI, FL  33131-1605 | Trustee Claim Number:5   INT %:  0.00% Court Claim Number: CLAIM:  0.00 COMMENT:  NT ADR~NO$~AMAZON/SCH | CRED DESC:  UNSECURED CREDITOR ACCOUNT NO.:  6145 |
| **JEFFERSON CAPITAL SYSTEMS LLC*** PO BOX 772813 CHICAGO, IL  60677-2813 | Trustee Claim Number:6   INT %:  0.00% Court Claim Number:8 CLAIM:  7,711.16 COMMENT:  REF 3347459921*X7396/SCH*WEBBANK*AVANT | CRED DESC:  UNSECURED CREDITOR ACCOUNT NO.:  1029 |
| **BANK OF AMERICA NA**** PO BOX 15102 WILMINGTON, DE  19886-5102 | Trustee Claim Number:7   INT %:  0.00% Court Claim Number:9 CLAIM:  1,617.21 COMMENT: | CRED DESC:  UNSECURED CREDITOR ACCOUNT NO.:  4443 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** PO BOX 12914 NORFOLK, VA  23541 | Trustee Claim Number:8   INT %:  0.00% Court Claim Number:12 CLAIM:  1,896.92 COMMENT:  PRICELINE~BARCLAYS | CRED DESC:  UNSECURED CREDITOR ACCOUNT NO.:  4645 |
| **JPMORGAN CHASE BANK NA** PO BOX 15298 WILMINGTON, DE  19850 | Trustee Claim Number:9   INT %:  0.00% Court Claim Number: CLAIM:  0.00 COMMENT: | CRED DESC:  UNSECURED CREDITOR ACCOUNT NO.:  2793 |
| **JPMORGAN CHASE BANK NA** PO BOX 15298 WILMINGTON, DE  19850 | Trustee Claim Number:10  INT %:  0.00% Court Claim Number: CLAIM:  0.00 COMMENT: | CRED DESC:  UNSECURED CREDITOR ACCOUNT NO.:  2344 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CITIZENS BANK (CARD SVCS)***<br>1 CITIZENS DR<br>MAILSTOP ROP15B<br>RIVERSIDE, RI  02915 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:3 | CLAIM: 1,377.13<br>COMMENT: X1268/SCH*CREDIT CARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3996 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3873 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:1 | CLAIM: 574.28<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0746 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:11-2 | CLAIM: 5,801.15<br>COMMENT: LENDING CLUB CORP*LC TRUST I*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7392 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:13-2 | CLAIM: 8,377.95<br>COMMENT: BANCO POPULAR NA*LENDING CLUB*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6032 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA  30091 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6910 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:10 | CLAIM: 607.55<br>COMMENT: CITIBANK/HOME DEPOT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2540 |
| **DAMIAN HERRERA**<br>245 KIRK AVE<br>PITTSBURGH, PA  15227 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **RATTAN REAL ESTATE**<br>261 LINCOLN DR<br>PITTSBURGH, PA  15241 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: ALLEGHENY CO/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br><br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BORO OF MT OLIVER~PGH SD/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PITTSBURGH SD & MT OLIVER BOROUGH (EIT)**<br>C/O JORDAN TAX SVC - DLNQ CLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  653.40<br>COMMENT:  C4GOV*NT/SCH-PL*2015 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  3873 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:23  INT %:  12.00%<br>Court Claim Number:5<br><br>CLAIM:  287.58<br>COMMENT:  C5GOV*94-F-84*NT/SCH-PL*2016*WNTS 12%*W/24 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  4F84 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  73.04<br>COMMENT:  C5GOV*94-F-84*NT/SCH-PL*2016*NON INT*W/23 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  4F84 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br><br>KIRKLAND, WA  98083-0657 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  101.86<br>COMMENT:  MACYS*ACCT NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9293 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br><br>COLUMBUS, OH  43219 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  496.89<br>COMMENT:  CL7GOV*$0ARRS/PL*THRU 11/16 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  3634 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  122.34<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3873 |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br><br>PHILADELPHIA, PA  19103 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  JPMORGAN CHASE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |