IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: : | |
| **BONNI L. SMILEY** : | BK. No. 16-24331-CMB |
| **F/K/A BONNI L. MACKIN** : | |
| **A/K/A BONNI L. TIMMS** : | Chapter No. 13 |
| **Debtor** : | |
| : | |
| **JPMORGAN CHASE BANK, NATIONAL** : | Hearing Date: 01/15/2020 |
| **ASSOCIATION** : | |
| **Movant** : | Hearing Time: 10:00 AM |
| v. : | |
| **BONNI L. SMILEY** : | Objection Date: 01/06/2020 |
| **F/K/A BONNI L. MACKIN** : | |
| **A/K/A BONNI L. TIMMS** : | |
| **WADE B MACKIN (NON-FILING CO-DEBTOR)** : | |
| and : | |
| **RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)** : | |
| **Respondents** : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, FOR ADEQUATE PROTECTION PURSUANT TO §361 OR, IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY PURSUANT TO §362 AND CO-DEBTOR STAY PURSUANT TO §1301**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than 01/06/2020, i.e., more than seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **01/15/2020 at 10:00 AM** before Judge CARLOTA M. BÖHM, in Courtroom B on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service:  <u>December 17, 2019</u>

<u>/s/ Jodi L. Hause, Esquire</u>
Jodi L. Hause, Esq., Id. No.90625
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31502
Fax Number: 215-568-7616
Email: Jodi.Hause@phelanhallinan.com