## PROCEEDING MEMO

**Date: 01/15/2020 10:00 am**

In re:  Bonni L. Smiley
       fka Bonni L. Mackin
       fka Bonni L. Timms

Bankruptcy No. 16-24331-CMB
Chapter: 13
Doc. # 39

**Appearances:** A. Steidl, Esq.
                 Jodi Hause, Esq.
                 Pail

**Nature of Proceeding:** #39 Motion for Adequate Protection, or in the alternative Motion for Relief from Stay re 245 Kirk Avenue, Pittsburgh, PA 15227 in addition to Motion for Relief from Co-Debtor Stay re 245 Kirk Avenue, Pittsburgh, PA 15227

**Additional Pleadings:** #40 Notice of Hearing
                           #41 Certificate of Service
                           #43 Debtor's Response

**Judge's Notes:**
Amended plan to be filed within 2 weeks,
Conciliation to be held 2/27/20 at 11:30
Matter continued to 3/11/20 at 11:30
Taxes to be paid in 14 days

**FILED**

JAN 15 2020

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-24331-CMB
Bonni L. Smiley                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2       User: dsaw           Page 1 of 1           Date Rcvd: Jan 16, 2020
                           Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
db            +Bonni L. Smiley,   200 White Hampton Lane,   Apt # CG208,   Pittsburgh, PA 15236-1575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:
      Christopher M. Frye    on behalf of Debtor Bonni L. Smiley chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
      Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver and City of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
      Jodi L. Hause    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION jodi.hause@phelanhallinan.com, pawb@fedphe.com
      Matthew John McClelland    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8