**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Bonni L. Smiley | Case No. 16-24331 CMB |
| fka Bonni L. Mackin | Chapter 13 |
| aka Bonni L. Timms, | Related to Docket No. |
| Debtor(s) | |
| | |
| Bonni L. Smiley | |
| fka Bonni L. Mackin | |
| aka Bonni L. Timms, | |
| Movant(s) | |
| | |
| vs. | |
| | |
| No Respondent(s) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Christopher M. Frye, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case

City & School District of Pittsburgh
c/o Jordan Tax Services, Inc.
102 Rahway Road
McMurray, PA 15317

By:

January 27, 2020         /s/ Christopher M. Frye
DATE                     Christopher M. Frye, Esquire
                         Attorney for the Debtor(s)

                         STEIDL & STEINBERG
                         Suite 2830 – Gulf Tower
                         707 Grant Street
                         Pittsburgh, PA  15219
                         (412) 391-8000
                         chris.frye@steidl-steinberg.com
                         PA I.D. No. 208402