**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bonni L. Smiley
fka Bonni L. Mackin, fka Bonni L. Timms**
  Debtor(s)

Bankruptcy Case No.: 16–24331–CMB

Chapter: 13
Docket No.: 45 – 44
Concil. Conf.: February 27, 2020 at 11:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ____29th____ day of ____January____, __2020__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

  First Class Mail

on the respondent(s) at (list names and addresses here):

  See Attached Mailing Matrix

Executed on ____January 29, 2020____      ____/s/ Todd Thomas____
          (Date)                    (Signature)

Todd Thomas Steidl & Steinberg, PC 707 Grant Street, Suite 2830-Gulf Tower, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing         Amazon/Synchrony Bank                   Peter J. Ashcroft
0315-2                                  PO Box 965015                           Bernstein-Burkley, P.C.
Case 16-24331-CMB                       Orlando, FL 32896-0013                  Suite 2200, Gulf Tower
WESTERN DISTRICT OF PENNSYLVANIA                                                Pittsburgh, PA 15219-1900
Pittsburgh
Wed Jan 29 09:48:23 EST 2020

Avant Inc.                              (p)BANK OF AMERICA                      Bank of America, N.A.
640 LaSalle Street                      PO BOX 982238                           P O Box 982284
Suite 535                               EL PASO TX 79998-2238                   El Paso, TX 79998-2284
Chicago, IL 60654-3731


Barclays Bank Delaware                  Borough of Mt. Oliver and City of Pittsburgh   Borough of Mt. Oliver and City of Pittsburgh
PO Box 8803                             Goehring, Rutter, and Boehm             Goehring, Rutter & Boehm
Wilmington, DE 19899-8803               437 Grant Street, 14th Floor            c/o Jeffrey R. Hunt, Esquire
                                        Frick Building                          437 Grant Street, 14th Floor
                                        Pittsburgh, PA 15219-6101               Frick Building
                                                                                Pittsburgh, PA 15219-6101

Chase Card                              Citizen's Bank                          City & School District of Pittsburgh
P.O. Box 15298                          1 Citizen's Drive                       c/o Jordan Tax Services, Inc.
Wilmington, DE 19850-5298               Riverside, RI 02915-3000                102 Rahway Road
                                                                                McMurray, PA 15317-3349


County of Allegheny                     County of Allegheny                     Credit Management
Goehring, Rutter, and Boehm             Goehring, Rutter & Boehm                2121 Noblestown Road
437 Grant Street, 14th Floor            c/o Jeffrey R. Hunt, Esquire            Pittsburgh, PA 15205-3956
Frick Building                          437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6101               Frick Building
                                        Pittsburgh, PA 15219-6101

Damian Herrera                          Department Store National Bank          Discover Bank
245 Kirk Avenue                         c/o Quantum3 Group LLC                  Discover Products Inc
Pittsburgh, PA 15227-2211               PO Box 657                              PO Box 3025
                                        Kirkland, WA  98083-0657                New Albany, OH  43054-3025


Discover Finanancial Services, LLC      Duquesne Light Company                  First National Bank
P.O. Box 15316                          c/o Peter J. Ashcroft,                  4140 East State Street
Wilmington, DE 19850-5316               Bernstein-Burkley, P.C.,                Hermitage, PA 16148-3401
                                        707 Grant St., Suite 2200, Gulf Tower,
                                        Pittsburgh, PA 15219-1945


Christopher M. Frye                     Jodi L. Hause                           Jeffrey R. Hunt
Steidl & Steinberg                      Phelan Hallinan Diamond & Jones, LLP    Goehring, Rutter & Boehm
Suite 2830 Gulf Tower                   Omni William Penn Office Tower          437 Grant Street
707 Grant Street                        555 Grant Street, Suite 300             14th Floor
Pittsburgh, PA 15219-1908               Pittsburgh, PA 15219-4408               Pittsburgh, PA 15219-6107

JP Morgan Chase Bank                    JPMorgan Chase Bank, National Association   (p)JEFFERSON CAPITAL SYSTEMS LLC
8100 Nations Way                        Chase Records Center                    PO BOX 7999
Jacksonville, FL 32256-4405             Attn: Correspondence Mail               SAINT CLOUD MN 56302-7999
                                        Mail Code LA4-5555
                                        700 Kansas Lane
                                        Monroe, LA 71203-4774

LVNV Funding LLC                        LVNV Funding, LLC its successors and assigns   LVNV Funding, LLC its successors and assigns
c/o Resurgent Capital Services          assignee of Banco Popular North America        assignee of LendingClub Corporation &
PO Box 10587                            Resurgent Capital Services              LC Trust I
Greenville, SC   29603-0587             PO Box 10587                            Resurgent Capital Services
                                        Greenville, SC 29603-0587               PO Box 10587
                                                                                Greenville, SC 29603-0587
```

| | | |
|---|---|---|
| LVNV Funding, LLC its successors and assigns<br>PO Box 10587<br>Greenville, SC  29603-0587 | Lending Club<br>71 Stevenson, Suite 300<br>San Francisco, CA 94105-2985 | Macy's<br>PO Box 8218<br>Mason, OH 45040-8218 |
| Matthew John McClelland<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Bonni L. Smiley<br>200 White Hampton Lane<br>Apt # CG208<br>Pittsburgh, PA 15236-1575 | THD/CBNA<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | (u)Duquesne Light Company | (u)JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |

End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42