IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Bonni L. Smiley, | ) | Case No. 16-24331 CMB |
| | ) | Chapter 13 |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | Related to Docket No. 51 |
| Bonni L. Smiley, | ) | |
| | ) | |
| *Movant(s)* | ) | |
| | ) | |
| Social Security No. XXX-XX-3873 | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Comcast Business and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 29, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Bonni L. Smiley
200 White Hampton Lane
Apt. CG208
Pittsburgh, PA 15236

Comcast Business
Attn: Payroll Dept.
1701 JFK Boulevard
Philadelphia, PA 19103

Date of Service: January 29, 2020

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Chris.frye@steidl-steinberg.com
PA I.D. No. 208402