## PROCEEDING MEMO

Date: 03/11/2020 11:30 am

In re:   Bonni L. Smiley

Bankruptcy No. 16-24331-CMB
Chapter: 13
Doc. # 39

Appearances:   ~~Christopher M. Frye,~~ Julia Staidl Esq.
Jodi Hause, Esq. ✓
Winnecour / Pail / Katz / DeSimone

Nature of Proceeding: #39 Continued Motion for Adequate Protection, or in the alternative Motion for Relief from Stay in addition to Motion for Relief from Co-Debtor Stay re 245 Kirk Avenue, Pittsburgh PA 15227

Additional Pleadings:  #40 Notice of Hearing
#41 Certifice of Service
#43 Debtor's Response

Judge's Notes:

— Denied w/o prejudice
— Order entered.

FILED
3/11/20 1:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge