IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: : | |
| BONNI L. SMILEY : | BK. No. 16-24331-CMB |
| F/K/A BONNI L. MACKIN : | |
| A/K/A BONNI L. TIMMS : | Chapter No. 13 |
|     Debtor : | |
| : | |
| JPMORGAN CHASE BANK, NATIONAL : | Hearing Date: 01/15/2020 |
| ASSOCIATION : | |
|     Movant : | Hearing Time: 10:00 AM |
|     v. : | |
| BONNI L. SMILEY : | Objection Date: 01/06/2020 |
| F/K/A BONNI L. MACKIN : | |
| A/K/A BONNI L. TIMMS : | |
| WADE B MACKIN (NON-FILING CO-DEBTOR) : | |
|     and : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) : | |
|     Respondents : | |

### ORDER ON MOTION FOR ADEQUATE PROTECTION PURSUANT TO §361 OR, IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY PURSUANT TO §362 AND CO-DEBTOR STAY PURSUANT TO §1301

AND NOW, this 11th day of March, 2020, ~~2019~~, upon Motion of **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** (Movant), it is:

**ORDERED AND DECREED:** ~~that Movant shall be permitted~~ that the Motion is denied without prejudice ~~to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further~~;

~~**ORDERED AND DECREED:** that Movant's Motion is granted. The Debtor shall pay all outstanding real estate taxes for 245 KIRK AVENUE, PITTSBURGH, PA 15227 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises) and provide proof of the same to Movant and Movant's counsel within 14 days of this Order.~~

~~**ORDERED AND DECREED:** The Debtor shall pay all subsequent real estate taxes for the Premises when due.~~

~~**ORDERED AND DECREED:** The Debtor shall remain current on all future tax obligations.~~

**ORDERED AND DECREED:** If Debtor fails to comply with this Order, Movant shall be granted relief from the automatic stay and co-debtor stay with respect to the Premises upon the filing of an Affidavit of Default.

**FURTHER ORDERED:**

_____
CARLOTA M. BÖHM
U.S. BANKRUPTCY CHIEF JUDGE

FILED
3/11/20 1:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-24331-CMB
Bonni L. Smiley                                                                           Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Mar 11, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
db             +Bonni L. Smiley,   200 White Hampton Lane,   Apt # CG208,   Pittsburgh, PA 15236-1575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Bonni L. Smiley chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver and City of Pittsburgh
               jhunt@grblaw.com,    cnoroski@grblaw.com
              Jodi L. Hause    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               jodi.hause@phelanhallinan.com,    pawb@fedphe.com
              Matthew John McClelland    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 8