IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>Closure of Phelan Hallinan Diamond and Jones Law firm and Entry of Appearance of Attorney Kristen D. Little, Esquire in various cases<br><br>Cases for Creditor JPMorgan Chase Bank, N.A.<br>.<br><br>. | MISCELLANEOUS NO. 21-206 |

# **ORDER**

     AND NOW, this __18th__ day of ____March____, 2021, at the Western District Bankruptcy Court of Pennsylvania, upon the consideration of the Motion of Movant Kristen D. Little to enter er appearance for JPMorgan Chase Bank, N.A. a/k/a JPMorgan Chase Bank, National Association in various cases  as listed in the attachment to the accompanying Motions, Exhibit "A", and for good cause shown, it is

     ORDERED AND DECREED that the Motion is granted and that the appearance e of Kriste D. Little is entered as counsel of record for the JPMorgan Chase Bank, N.A. a/k/a JPMorgan Chase Bank, National Association,  over Joseph P. Schalk, Jerome Blank, Thomas Song, Mario J Hanyon, Jeremy J. Kobeski, and Jodi Hause and the now-dissolved law firm, Phelan Hallinan, Diamond and  Jones,  in the list of cases attached to the Motion as Exhibit "A".

BY THE COURT:

FILED
3/18/21 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*   dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge