IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Bonni L. Smiley ) | Case No. 16-24331 CMB |
|     Debtor ) | Chapter 13 |
| ) | Document No. 66 |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Trustee, ) | |
|     Respondents ) | |

**CONSENT ORDER OF COURT**

AND NOW, to-wit this ___20th___ day of ___January___, 2022, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Final Compensation is approved in the additional amount of $1,500.00 for work performed in the Chapter 13 case by Debtor's counsel from September 14, 2016, to January 18, 2022, for work totaling 25.5 hours breaking down as such:

    a. Christopher M. Frye, Partner- 8.2 hours @ $300.00/hour=     $ 2,460.00
    b. Kenneth Steidl, Partner-1.0 hours @ $350.00/hour =          $ 350.00
    c. Julie Frazee Steidl, Partner- 1.0 hours @ $350.00/hour=     $ 350.00
    d. Abagale E. Steidl, Associate- 2.3 hours @ $250.00/hour=     $ 575.00
    e. Paralegal- 13.0 hours @ $150.00/hour=                        $ 1,950.00

2. The Debtor paid her counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. While like the actual time and expense incurred totals fees of $1,685.00 in addition to the $4,000.00 "no look fee", in light of the debtor's circumstances, the funds paid by the trustee will total $4,900.00, which is composed of:

    1. $3,400.00 paid under the remaining "no look fee",

    2. $1,500.00 approved by the confirmed amended plan January 27, 2020.

A retainer of $600.00 was paid directly by the Debtors prior to filing and is not include in the calculations shown in part 3.

4.     This Order shall be served on the case mailing matrix with objections to be filed within 14 days.

5.     Any party-in-interest may file a written objection(s) to the entry of this order on or before __1/31/2022__. If any objection(s) is filed on or before __1/31/2022__, a hearing will be set. If no objection(s) is filed on or before __1/31/2022__, the order shall become final effective __2/1/2011__. Movant shall serve a copy of the within order on all parties-in-interest and the mailing matrix and file a certificate of service with the Court.

_____
Hon. Carlota M. Bohm
United States Bankruptcy Judge

/s/ Ronda Winnecour
Ronda Winnecour, Trustee
Chapter 13 Trustee

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor

FILED
1/20/22 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24331-CMB |
| Bonni L. Smiley | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bonni L. Smiley, 200 White Hampton Lane, Apt # CG208, Pittsburgh, PA 15236-1575 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 22, 2022 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Bonni L. Smiley chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Mt. Oliver and City of Pittsburgh jhunt@grblaw.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Matthew John McClelland | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8