**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bonni L. Smiley
fka Bonni L. Mackin, fka Bonni L. Timms**
    Debtor(s)

Bankruptcy Case No.: 16−24331−CMB

Chapter: 13
Docket No.: 70 − 69

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 26th of January, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/14/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/26/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/14/22.**

<u>Carlota M. Bohm</u>
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Bonni L. Smiley  
    Debtor

Case No. 16-24331-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Jan 26, 2022     Form ID: 408v     Total Noticed: 31

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bonni L. Smiley, 200 White Hampton Lane, Apt # CG208, Pittsburgh, PA 15236-1575 |
| cr | + | Borough of Mt. Oliver and City of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14325076 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14381783 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14362023 | + | Borough of Mt. Oliver and City of Pittsburgh SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15189972 | + | City & School District of Pittsburgh, c/o Jordan Tax Services, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14325082 | + | Damian Herrera, 245 Kirk Avenue, Pittsburgh, PA 15227-2211 |
| 14325085 | + | JP Morgan Chase Bank, 8100 Nations Way, Jacksonville, FL 32256-4405 |
| 14325089 | + | THD/CBNA, PO Box 15298, Wilmington, DE 19850-5298 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 26 2022 23:20:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14325074 | | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2022 23:29:27 | Amazon/Synchrony Bank, PO Box 965015, Orlando, FL 32896-0013 |
| 14325075 | + | Email/Text: bk@avant.com | Jan 26 2022 23:21:00 | Avant Inc., 640 LaSalle Street, Suite 535, Chicago, IL 60654-3731 |
| 14325077 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 26 2022 23:20:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14325080 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 26 2022 23:20:00 | Citizen's Bank, 1 Citizen's Drive, Riverside, RI 02915-3000 |
| 14362059 | + | Email/Text: ebnjts@grblaw.com | Jan 26 2022 23:20:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14325081 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 26 2022 23:21:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14325088 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2022 23:29:21 | Macy's, PO Box 8218, Mason, OH 45040 |
| 14371625 | | Email/Text: bnc-quantum@quantum3group.com | Jan 26 2022 23:21:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14327662 | | Email/Text: mrdiscen@discover.com | Jan 26 2022 23:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14325083 | + | Email/Text: mrdiscen@discover.com | Jan 26 2022 23:20:00 | Discover Finanancial Services, LLC, P.O. Box |

Case 16-24331-CMB   Doc 72   Filed 01/28/22   Entered 01/29/22 00:28:57   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2022 | Form ID: 408v | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 15316, Wilmington, DE 19850-5316 |
| 14385574 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 26 2022 23:21:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14325084 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 26 2022 23:20:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14379894 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 26 2022 23:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14325078 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2022 23:29:17 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14373886 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2022 23:29:25 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14381784 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 23:29:30 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14384842 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 23:29:20 | LVNV Funding, LLC its successors and assigns as, assignee of Banco Popular North America, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14382065 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 23:29:21 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745436 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 23:29:38 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14325086 | + | Email/Text: bk@lendingclub.com | Jan 26 2022 23:21:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 14381878 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2022 23:29:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| 14325079 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14325087 | *+ | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jan 26, 2022 | Form ID: 408v | Total Noticed: 31

Date: Jan 28, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Bonni L. Smiley chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Mt. Oliver and City of Pittsburgh jhunt@grblaw.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Matthew John McClelland | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8