**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BONNI L. SMILEY<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:16-24331<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/21/2016 and confirmed on 12/29/16. The case was subsequently    Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 58,105.47 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 58,105.47 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,900.00 | |
|   Trustee Fee | 2,707.75 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,607.75 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 12,543.22 | 0.00 | 12,543.22 |
|     Acct: 3634 | | | | |
|   JPMORGAN CHASE BANK NA | 496.89 | 496.89 | 0.00 | 496.89 |
|     Acct: 3634 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 287.58 | 287.58 | 34.56 | 322.14 |
|     Acct: 4F84 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 73.04 | 73.04 | 0.00 | 73.04 |
|     Acct: 4F84 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 5,494.15 | 5,494.15 | 364.91 | 5,859.06 |
|     Acct: 6750 | | | | |
| | | | | 19,294.35 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONNI L. SMILEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PITTSBURGH SD & MT OLIVER BOROUGH | 653.40 | 653.40 | 0.00 | 653.40 |
|     Acct: 3873 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 982.29 | 982.29 | 38.13 | 1,020.42 |
|     Acct: 4F84 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (F | 1,261.08 | 1,261.08 | 40.78 | 1,301.86 |
|     Acct: 4F84 | | | | |
|   CITY AND SD OF PITTSBURGH (LIBRARY) | 38.80 | 38.80 | 1.34 | 40.14 |
|     Acct: 4F84 | | | | |
| | | | | 3,015.82 |
| **Unsecured** | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6145 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 7,711.16 | 7,711.16 | 0.00 | 7,711.16 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1029 | | | | |
| BANK OF AMERICA NA** | 1,617.21 | 1,617.21 | 0.00 | 1,617.21 |
| Acct: 4443 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,896.92 | 1,896.92 | 0.00 | 1,896.92 |
| Acct: 4645 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2793 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2344 | | | | |
| CITIZENS BANK (CARD SVCS)* | 1,377.13 | 1,377.13 | 0.00 | 1,377.13 |
| Acct: 3996 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3873 | | | | |
| DISCOVER BANK(*) | 574.28 | 574.28 | 0.00 | 574.28 |
| Acct: 0746 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 5,801.15 | 5,801.15 | 0.00 | 5,801.15 |
| Acct: 7392 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 8,377.95 | 8,377.95 | 0.00 | 8,377.95 |
| Acct: 6032 | | | | |
| DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6910 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 607.55 | 607.55 | 0.00 | 607.55 |
| Acct: 2540 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 101.86 | 101.86 | 0.00 | 101.86 |
| Acct: 9293 | | | | |
| DUQUESNE LIGHT COMPANY* | 122.34 | 122.34 | 0.00 | 122.34 |
| Acct: 3873 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAMIAN HERRERA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RATTAN REAL ESTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KRISTEN D LITTLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 28,187.55 |

TOTAL PAID TO CREDITORS                                                                                 50,497.72

|  |  |
|---|---|
| TOTAL CLAIMED |  |
| PRIORITY | 2,935.57 |
| SECURED | 6,351.66 |
| UNSECURED | 28,187.55 |

Date: 01/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  BONNI L. SMILEY<br><br>            Debtor(s)<br><br>  Ronda J. Winnecour<br>          Movant<br>            vs.<br>  No Repondents. | Case No.:16-24331<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

Case 16-24331-CMB    Doc 73    Filed 01/28/22    Entered 01/29/22 00:28:57    Desc Imaged
Certificate of Notice    Page 6 of 8

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Bonni L. Smiley  
    Debtor

Case No. 16-24331-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jan 26, 2022      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bonni L. Smiley, 200 White Hampton Lane, Apt # CG208, Pittsburgh, PA 15236-1575 |
| cr | + | Borough of Mt. Oliver and City of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14325076 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14381783 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14362023 | + | Borough of Mt. Oliver and City of Pittsburgh SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15189972 | + | City & School District of Pittsburgh, c/o Jordan Tax Services, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14325082 | + | Damian Herrera, 245 Kirk Avenue, Pittsburgh, PA 15227-2211 |
| 14325085 | + | JP Morgan Chase Bank, 8100 Nations Way, Jacksonville, FL 32256-4405 |
| 14325089 | + | THD/CBNA, PO Box 15298, Wilmington, DE 19850-5298 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 26 2022 23:20:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14325074 | | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2022 23:29:28 | Amazon/Synchrony Bank, PO Box 965015, Orlando, FL 32896-0013 |
| 14325075 | + | Email/Text: bk@avant.com | Jan 26 2022 23:21:00 | Avant Inc., 640 LaSalle Street, Suite 535, Chicago, IL 60654-3731 |
| 14325077 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 26 2022 23:20:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14325080 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 26 2022 23:20:00 | Citizen's Bank, 1 Citizen's Drive, Riverside, RI 02915-3000 |
| 14362059 | + | Email/Text: ebnjts@grblaw.com | Jan 26 2022 23:20:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14325081 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 26 2022 23:21:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14325088 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2022 23:29:21 | Macy's, PO Box 8218, Mason, OH 45040 |
| 14371625 | | Email/Text: bnc-quantum@quantum3group.com | Jan 26 2022 23:21:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14327662 | | Email/Text: mrdiscen@discover.com | Jan 26 2022 23:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14325083 | + | Email/Text: mrdiscen@discover.com | Jan 26 2022 23:20:00 | Discover Finanancial Services, LLC, P.O. Box |

Case 16-24331-CMB Doc 73 Filed 01/28/22 Entered 01/29/22 00:28:57 Desc Imaged
Certificate of Notice Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2022 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 15316, Wilmington, DE 19850-5316 |
| 14385574 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 26 2022 23:21:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14325084 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 26 2022 23:20:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14379894 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 26 2022 23:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14325078 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2022 23:29:25 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14373886 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2022 23:29:17 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14381784 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 23:29:21 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14384842 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 23:29:20 | LVNV Funding, LLC its successors and assigns as, assignee of Banco Popular North America, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14382065 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 23:29:21 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745436 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 23:29:21 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14325086 | + | Email/Text: bk@lendingclub.com | Jan 26 2022 23:21:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 14381878 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2022 23:29:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| 14325079 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14325087 | *+ | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2022        Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Christopher M. Frye
on behalf of Debtor Bonni L. Smiley chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Mt. Oliver and City of Pittsburgh jhunt@grblaw.com

Kristen D. Little
on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com,
klittle@logs.com;logsecf@logs.com

Matthew John McClelland
on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8