| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Bonni L. Smiley | Social Security number or ITIN   xxx–xx–3873 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   16–24331–CMB | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bonni L. Smiley
fka Bonni L. Mackin, fka Bonni L. Timms

3/15/22

**By the court:** Carlota M. Bohm
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 16-24331-CMB

Bonni L. Smiley                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                         Page 1 of 3
Date Rcvd: Mar 15, 2022                     Form ID: 3180W                             Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bonni L. Smiley, 200 White Hampton Lane, Apt # CG208, Pittsburgh, PA 15236-1575 |
| cr | + | Borough of Mt. Oliver and City of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14381783 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14362023 | + | Borough of Mt. Oliver and City of Pittsburgh SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15189972 | + | City & School District of Pittsburgh, c/o Jordan Tax Services, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14325082 | + | Damian Herrera, 245 Kirk Avenue, Pittsburgh, PA 15227-2211 |
| 14325085 | + | JP Morgan Chase Bank, 8100 Nations Way, Jacksonville, FL 32256-4405 |
| 14325089 | + | THD/CBNA, PO Box 15298, Wilmington, DE 19850-5298 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 16 2022 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2022 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 16 2022 03:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2022 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 15 2022 23:48:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14325074 | | EDI: RMSC.COM | Mar 16 2022 03:48:00 | Amazon/Synchrony Bank, PO Box 965015, Orlando, FL 32896-0013 |
| 14325075 | + | Email/Text: bk@avant.com | Mar 15 2022 23:49:00 | Avant Inc., 640 LaSalle Street, Suite 535, Chicago, IL 60654-3731 |
| 14325076 | + | EDI: BANKAMER.COM | Mar 16 2022 03:48:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14325077 | + | EDI: TSYS2 | Mar 16 2022 03:48:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14325080 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 15 2022 23:48:00 | Citizen's Bank, 1 Citizen's Drive, Riverside, RI 02915-3000 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 3 |
| Date Rcvd: Mar 15, 2022 | Form ID: 3180W | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 14362059 | + | Email/Text: ebnjts@grblaw.com | Mar 15 2022 23:48:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14325081 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 15 2022 23:49:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14325088 | + | EDI: CITICORP.COM | Mar 16 2022 03:48:00 | Macy's, PO Box 8218, Mason, OH 45040 |
| 14371625 | | EDI: Q3G.COM | Mar 16 2022 03:48:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14327662 | | EDI: DISCOVER.COM | Mar 16 2022 03:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14325083 | + | EDI: DISCOVER.COM | Mar 16 2022 03:48:00 | Discover Finanancial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14385574 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 15 2022 23:49:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14325084 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 15 2022 23:48:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14379894 | | EDI: JEFFERSONCAP.COM | Mar 16 2022 03:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14325078 | | EDI: JPMORGANCHASE | Mar 16 2022 03:48:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14373886 | | EDI: JPMORGANCHASE | Mar 16 2022 03:48:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14381784 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 23:52:27 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14384842 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 23:52:21 | LVNV Funding, LLC its successors and assigns as, assignee of Banco Popular North America, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14382065 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 23:52:21 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745436 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 23:52:28 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14325086 | + | Email/Text: bk@lendingclub.com | Mar 15 2022 23:49:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 14381878 | | EDI: PRA.COM | Mar 16 2022 03:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| 14325079 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14325087 | *+ | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Mar 15, 2022 | Form ID: 3180W | Total Noticed: 33
TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2022                         Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christopher M. Frye | on behalf of Debtor Bonni L. Smiley chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Mt. Oliver and City of Pittsburgh jhunt@grblaw.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com, cistewart@logs.com |
| Matthew John McClelland | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8