**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
BONNI L. SMILEY

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:16-24331

Chapter 13

Document No.: 69

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __15th__ day of __March__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE

dmk

FILED
3/15/22 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-24331-CMB
Bonni L. Smiley Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 3
Date Rcvd: Mar 15, 2022    Form ID: pdf900    Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bonni L. Smiley, 200 White Hampton Lane, Apt # CG208, Pittsburgh, PA 15236-1575 |
| cr | + | Borough of Mt. Oliver and City of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14325076 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14381783 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14362023 | + | Borough of Mt. Oliver and City of Pittsburgh SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15189972 | + | City & School District of Pittsburgh, c/o Jordan Tax Services, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14325082 | + | Damian Herrera, 245 Kirk Avenue, Pittsburgh, PA 15227-2211 |
| 14325085 | + | JP Morgan Chase Bank, 8100 Nations Way, Jacksonville, FL 32256-4405 |
| 14325089 | + | THD/CBNA, PO Box 15298, Wilmington, DE 19850-5298 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 15 2022 23:48:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14325074 | | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2022 23:52:26 | Amazon/Synchrony Bank, PO Box 965015, Orlando, FL 32896-0013 |
| 14325075 | + | Email/Text: bk@avant.com | Mar 15 2022 23:49:00 | Avant Inc., 640 LaSalle Street, Suite 535, Chicago, IL 60654-3731 |
| 14325077 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 15 2022 23:49:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14325080 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 15 2022 23:48:00 | Citizen's Bank, 1 Citizen's Drive, Riverside, RI 02915-3000 |
| 14362059 | + | Email/Text: ebnjts@grblaw.com | Mar 15 2022 23:48:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14325081 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 15 2022 23:49:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14325088 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2022 23:52:33 | Macy's, PO Box 8218, Mason, OH 45040 |
| 14371625 | | Email/Text: bnc-quantum@quantum3group.com | Mar 15 2022 23:49:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14327662 | | Email/Text: mrdiscen@discover.com | Mar 15 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14325083 | + | Email/Text: mrdiscen@discover.com | Mar 15 2022 23:48:00 | Discover Finanancial Services, LLC, P.O. Box |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 15316, Wilmington, DE 19850-5316 |
| 14385574 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 15 2022 23:49:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14325084 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 15 2022 23:48:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14379894 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 15 2022 23:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14325078 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2022 23:52:31 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14373886 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2022 23:52:25 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14381784 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 23:52:21 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14384842 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 23:52:28 | LVNV Funding, LLC its successors and assigns as, assignee of Banco Popular North America, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14382065 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 23:52:21 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745436 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 23:52:33 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14325086 | + | Email/Text: bk@lendingclub.com | Mar 15 2022 23:49:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 14381878 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2022 23:52:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| 14325079 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14325087 | *+ | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2022                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christopher M. Frye | on behalf of Debtor Bonni L. Smiley chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Mt. Oliver and City of Pittsburgh jhunt@grblaw.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION logsecf@logs.com, cistewart@logs.com |
| Matthew John McClelland | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8